1

2                         UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA

4

5     RAYMOND ALFORD BRADFORD,           Case No. 21-cv-01162-PJH

6                   Plaintiff,

7            v.                          **ORDER FOR PLAINTIFF TO SHOW
                                         CAUSE**
8     T. LEMON,

9                   Defendant.

10

11          Plaintiff, a state prisoner, has filed a pro se civil rights complaint under 42 U.S.C. §

12    1983.  Plaintiff has also filed an application to proceed in forma pauperis pursuant to 28

13    U.S.C. § 1915.

14          The Prison Litigation Reform Act of 1995 ("PLRA"), provides that a prisoner may

15    not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner

16    has, on three or more prior occasions, while incarcerated or detained in any facility,

17    brought an action or appeal in a court of the United States that was dismissed on the

18    grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be

19    granted, unless the prisoner is under imminent danger of serious physical injury."  28

20    U.S.C. § 1915(g).  The phrase "fails to state a claim on which relief may be granted," as

21    used in § 1915(g), "parallels the language of Federal Rule of Civil Procedure 12(b)(6)."

22    *Andrews v. King*, 398 F.3d 1113, 1121 (9th Cir. 2005) (internal quotation marks omitted).

23    A case is "frivolous" within the meaning of § 1915(g) if "it is of little weight or importance:

24    having no basis in law or fact."  *Id*. (internal quotation marks omitted).

25          *Andrews* requires that a prisoner be given notice of the potential applicability of §

26    1915(g), by either the district court or the defendants, but also requires the prisoner to

27    bear the ultimate burden of persuasion that § 1915(g) does not bar pauper status for him.

28    *Andrews*, 398 F.3d at 1121.  *Andrews* implicitly allows the court to *sua sponte* raise the §

United States District Court
Northern District of California

1   1915(g) problem, but requires the court to notify the prisoner of the earlier dismissals it

2   considers to support a § 1915(g) dismissal and allow the prisoner an opportunity to be

3   heard on the matter before dismissing the action.  *Andrews*, 398 F.3d at 1120.  A

4   dismissal under § 1915(g) means that a prisoner cannot proceed with his action as a

5   pauper under § 1915, but he still may pursue his claims if he pays the full filing fee at the

6   outset of the action.

7       It appears that plaintiff has at least three strikes pursuant to § 1915(g):

8   1.   *Bradford v. Terhune*, No. 04-5496 AWI DLB (E.D. Cal.), dismissed for failure to state a claim.  Docket Nos. 17, 18.

9
10  2.   *Bradford v. Terhune*, No. 04-5261 LJO SMS (E.D. Cal.), dismissed for failure to state a claim.  Docket Nos. 34, 35.

11  3.   *Bradford v. Grannis*, No. 05-0862 FCD DAD SAB (E.D. Cal.), dismissed as frivolous and for failure to state a claim.  Docket Nos.
12       12, 14.

13  4.   *Bradford v. Attorney General of California*, No. 18-3249 JAM EFB (E.D. Cal.), dismissed for failure to state a claim.  Docket Nos. 22,
14       24.

15      Plaintiff shall show cause by **April 22, 2021**, why this case should not be deemed

16  three strikes barred and the application to proceed in forma pauperis denied.  While

17  plaintiff appears to concede that he is three strikes barred in his complaint and in forma

18  pauperis application, pursuant to *Andrews* he will still be provided an additional

19  opportunity to contest the strike cases noted above or present further arguments

20  regarding imminent danger.  In the alternative to showing cause why the action should

21  not be dismissed, plaintiff may avoid dismissal by paying the full $402.00 filing fee by the

22  deadline.

23      **IT IS SO ORDERED.**

24  Dated: March 22, 2021

25

26                                          /s/ Phyllis J. Hamilton
                                            PHYLLIS J. HAMILTON
27                                          United States District Judge

28